UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cr-80186-Middlebrooks/Matthewman

18 U.S.C. § 115(a)(1)(B)
18 U.S.C. § 875(c)
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

WILLIAM JOSEPH POWELL,
  a/k/a "@PowellIndustries,"

    Defendant.
_____/

FILED BY _SP_ D.C.

NOV 06 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
### Threatening A Public Official
### (18 U.S.C. § 115(a)(1)(B))

On or about October 6, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**WILLIAM JOSEPH POWELL,**
a/k/a "@PowellIndustries,"

did knowingly threaten to assault and murder Congresswoman 1, a member of the United States House of Representatives, with the intent to impede, intimidate, and interfere with Congresswoman 1 while engaged in the performance of official duties and with intent to retaliate against Congresswoman 1 on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT TWO
**Interstate Threats**
**(18 U.S.C. § 875(c))**

On or about October 6, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**WILLIAM JOSEPH POWELL,**
a/k/a "@PowellIndustries,"

did knowingly transmit in interstate commerce a communication containing any threat to injure the person of another, that is, Congresswoman 1, in a message sent through the Internet, the defendant stated, "Im stopping in Washington toshootherintheface," with the intent to make a threat, with the knowledge that the communications would be viewed as a threat, and with reckless disregard as to the substantial risk that others would regard the communications as a threat, in violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **WILLIAM JOSEPH POWELL, a/k/a "@PowellIndustries,"** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 875(c), as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____ for
JASON REDING QUIÑONES
UNITED STATES ATTORNEY

_____
AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 25-cr-80186-Middlebrooks/Matthewman

v.

WILLIAM JOSEPH POWELL,
a/k/a "@PowellIndustries,"

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☒ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __3-5__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   ☒ 0 to 5 days
   II  ☐ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Ryon M. McCabe   Magistrate Case No. 25-8561-RMM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of 10/10/2025
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
AURORA FAGAN
Assistant United States Attorney
FL Bar No.    0188591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: WILLIAM JOSEPH POWELL, a/k/a "@PowellIndustries"

**Case No**: 25-cr-80186-Middlebrooks/Matthewman

Count #1

Threat to Assault and Murder a Public Official

Title 18, United States Code, Section 115(a)(1)(B)
* **Max. Term of Imprisonment:**   10 Years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**   3 Years
* **Max. Fine:**   $250,000
* **Special Assessment:**   $100

Count #2

Interstate Threats

Title 18, United States Code, Section 875(c)
* **Max. Term of Imprisonment:**   5 Years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**   3 Years
* **Max. Fine:**   $250,000
* **Special Assessment:**   $100

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.